No. 63061.—Dualoy, Inc., et al. *v.* United States, protests 58/13685, etc. (New York).

Opinion by MOLLISON, J. The protests were dismissed.

No. 63062.—Meer Corporation *v.* United States, protests 59/14863(A), 58/22047(A), and 59/1841(B) (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise is similar in all material respects to that the subject of *B. L. Lemke & Co., Inc.* v. *United States* (39 Cust. Ct. 253, C.D. 1937), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, MAY 14, 1959

No. 63063.—Ecuadorian Panama Hat Co., Inc. (S. Stern Henry & Co.) *v.* United States, protests 58/16266, 58/18702, and 58/25216 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of straw hats, similar in all material respects to those the subject of *Pollak Industrial Corp. et al.* v. *United States* (40 Cust. Ct. 251, C.D. 1991), the claim of the plaintiff was sustained.